IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HOWARD DALE NIELSON                                                                                   PLAINTIFF

v.                                         Case No. 4:24-cv-4066

CAPTAIN TRACEY SMITH, et al.                                                                   DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark. E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Ford recommends that Plaintiff's Amended Complaint (ECF No. 8) be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute this matter and pursuant to Local Rule 5.5(c)(2) for failure to obey orders of the Court. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 10) *in toto*. Plaintiff's Amended Complaint (ECF No. 8) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge